Finding no error reflected by the record, this cause will therefore be affirmed.

JOHNSON v. STATE.

No. 27019.

Court of Criminal Appeals of Texas.

June 2, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the unlawful possession of wine and beer for the purpose of sale in a dry area; the punishment, a fine of $225.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.